1  JONATHAN H. BLAVIN (State Bar No. 230269)
   jonathan.blavin@mto.com
2  ANKUR MANDHANIA (State Bar No. 302373)
   ankur.mandhania@mto.com
3  MOLLY K. PRIEDEMAN (State Bar No. 302096)
   molly.priedeman@mto.com
4  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
5  Twenty-Seventh Floor
   San Francisco, California 94105-2907
6  Telephone:   (415) 512-4000
   Facsimile:   (415) 512-4077

Attorneys for LYFT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PETE PETERSON, on behalf of himself and others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>LYFT, INC.,<br><br>    Defendant. | Case No. 3:16-cv-07343<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER STAYING DISTRICT COURT PROCEEDINGS IN THIS ACTION PENDING RESOLUTION OF *MORRIS V. ERNST & YOUNG, LLP*, Case No. 16-330 IN THE U.S. SUPREME COURT** |

Plaintiff PETE PETERSON, and Defendant LYFT, INC., through their respective counsel of record, and without admission of any kind, or waiver of any defense, objection or other response, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed his Complaint in this action on December 27, 2016;

WHEREAS, Defendant filed a Motion to Compel Arbitration and To Dismiss the Complaint on March 13, 2017;

WHEREAS, Plaintiff filed a First Amended Complaint on April 3, 2017;

WHEREAS, the Court found Defendant's Motion to Compel Arbitration and To Dismiss the Complaint moot on April 17, 2017;

WHEREAS, Defendant filed Motion to Compel Arbitration and To Dismiss the First Amended Complaint on April 17, 2017;

WHEREAS, Plaintiff has indicated in correspondence with Defendant that it intends to rely on *Morris v. Ernst & Young, LLP*, 834 F.3d 975, 979 (9th Cir. 2016), cert. granted, 137 S. Ct. 809 (2017) ("*Morris*"), in opposing Defendant's Motion to Compel Arbitration;

WHEREAS, Defendant disagrees that *Morris* applies to Plaintiff's claim in this action;

WHEREAS, the U.S. Supreme Court granted the petition for certiorari in *Morris*, Case No. 16-300, on January 13, 2017;

WHEREAS, the parties agree that it would be more efficient for the Court and the parties to stay all district court proceedings pending the U.S. Supreme Court's resolution of *Morris*;

WHEREAS, by entering into this stipulation, Defendant in no way waives, and reserves all rights with respect to, the argument that *Morris* does not apply to Plaintiff's claim in the First Amended Complaint;

WHEREAS, by entering into this stipulation, Plaintiff in no way waives, and reserves all rights with respect to any and all additional arguments in opposition to Defendant's Motion to Compel Arbitration;

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING DISTRICT COURT PROCEEDINGS IN THIS ACTION PENDING RESOLUTION OF *MORRIS V. ERNST & YOUNG, LLP*, CASE NO. 16-330 IN THE U.S. SUPREME COURT**

1      IT IS HEREBY STIPULATED between the parties through their respective
2  counsel that, subject to this court's approval:
3      1.   All district court proceedings in this case are hereby stayed.
4      2.   The stay shall be lifted upon the U.S. Supreme Court's issuance of a decision in
5           *Morris*.
6      3.   The Parties shall meet and confer within fourteen (14) days of the U.S. Supreme
7           Court's issuance of a decision in *Morris*, and shall file a joint status report
8           thereafter.

DATED: April 27, 2017                REESE LLP
                                         MICHAEL R. REESE

                                     HALUNEN LAW
                                         MELISSA WOLCHANSKY

                                     FRANCIS & MAILMAN, P.C.
                                         JAMES A. FRANCIS
                                         JOHN SOUMILAS

                                     By:  */s/ Michael R. Reese*
                                         Michael R. Reese
                                     Attorneys for Plaintiff Pete Peterson


DATED: April 27, 2017                MUNGER, TOLLES & OLSON LLP
                                         JONATHAN H. BLAVIN
                                         ANKUR MANDHANIA
                                         MOLLY K. PRIEDEMAN


                                     By:  */s/ Jonathan H. Blavin*
                                         JONATHAN H. BLAVIN
                                     Attorneys for Defendant LYFT, INC.

**JOINT STIPULATION AND [PROPOSED] ORDER STAYING DISTRICT COURT PROCEEDINGS IN THIS ACTION PENDING RESOLUTION OF *MORRIS V. ERNST & YOUNG, LLP*, CASE NO. 16-330 IN THE U.S. SUPREME COURT**

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

___April 28, 2017___  
Date

_____  
Hon. Laurel Beeler  
UNITED STATES MAGISTRATE JUDGE